# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOEL LEBEAU and JOSEPH VOLONAKIS, <br><br> Plaintiffs, <br><br> v. <br><br> JARED HALL and SETH HELLER, <br><br> Defendants. | NO. 3:18-CV-1387 <br><br> (JUDGE CAPUTO) |

## ORDER

**NOW**, this 26th day of July, 2018, **IT IS HEREBY ORDERED** that Plaintiffs are given leave to file an amended complaint within **twenty-one (21) days** from the date of entry of this Order. If Plaintiffs fail to do so, the action will be dismissed.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge